UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEREMY PLATMAN, on behalf of himself and those similarly situated,

CASE NO.: 6:08-CV-861-ORL-22-KRS

vs.

TURFMASTER LAWN & ORNAMENTAL CARE, INC.,
A Florida Corporation,

_____/

## MOTION TO DISMISS WITHOUT PREJUDICE

COMES NOW the Plaintiff, JEREMY PLATMAN, by and through his undersigned attorneys, pursuant to Federal Rule of Civil Procedure 41, hereby files its Motion to Dismiss Without Prejudice in and as grounds would state the following:

1. Plaintiff's counsel has been unable to contact Plaintiff in the above-referenced case and hereby requests that the Court dismiss this claim without prejudice.

2. Plaintiff's counsel has conferred with opposing counsel and he has no objection. However opposing counsel would request that the Motion to Dismiss be filed with prejudice.

## MEMORANDUM OF LAW

Federal Rule of Civil Procedure 41 allows an action to be dismissed at plaintiff's request by court order, on terms the court considers proper.  F.R.C.P. 41(2).  Here, Plaintiff's counsel has been unable to contact Plaintiff regarding this matter.  Plaintiff's counsel believes it would be in the interest of justice to dismiss this case without prejudice so that Plaintiff could file another action if he so pleases with another attorney.

## **CERTIFICATION**

Plaintiffs' counsel certifies that pursuant to Local Rule 3.01(g) he has spoken to counsel for the Defendant and that the Defendant's counsel does not object to Plaintiff's counsel's Motion to Dismiss. However Defendant's counsel does object that the Motion being filed is only without prejudice.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served by U.S. Mail, to: Mark L. Van Valkenburgh, Esquire, Mark L. Van Valkenburgh, P.L., 1215 Louisana Avenue, Winter Park, FL  32789; e-mail: mvanvalkenburgh@earthlink.com, this 4th day of September 2008..

**/S/ C. RYAN MORGAN**
C. Ryan Morgan, Esquire
Florida Bar No. 0015527
Morgan & Morgan, P.A.
20 N. Orange Avenue, 4th Floor
Post Office Box 4979
Orlando, Florida  32802-4979
Telephone:  (407) 420-1414
Facsimile:  (407) 423-7928
Attorneys for Plaintiff