**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JEREMY PLATMAN,**

          **Plaintiff,**

**-vs-**                                              **Case No. 6:08-cv-861-Orl-22KRS**

**TURFMASTER LAWN & ORNAMENTAL CARE, INC.,**

          **Defendant.**

_____

## ORDER

This cause is before the Court on the Motion to Dismiss Defendant's Counterclaim (Doc. No. 9) and on the Motion to Dismiss Without Prejudice (Doc. No. 25).

The United States Magistrate Judge has submitted Report and Recommendations on the Motions.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendations filed August 13, 2008 and September 18, 2008 (Doc. Nos. 21and 28) are **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Dismiss Defendant's Counterclaim (Doc. No. 9) is GRANTED. Defendant is authorized to file its counterclaim in the appropriate state Court within ten days after the date of this Order.

      3.     The Motion to Dismiss Without Prejudice (Doc. No. 25) is GRANTED.

      4.     In the event Plaintiff Jeffrey Platman should refile or opt-in to an action against Turfmaster Lawn & Ornamental Care, Inc. "based on or including the same claim", he shall pay the reasonable costs, including attorney's fees Turfmater incurred in the present case.

      5     The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 8, 2008.

Copies furnished to:

United States Magistrate Judge  
Counsel of Record

ANNE C. CONWAY  
United States District Judge